1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC HOLMES,                    )          1:05-CV-00825-AWI-LJO-P
                                      )
12        Plaintiff,                  )          ORDER GRANTING EXTENSION OF
                                      )          TIME TO FILE AMENDED
13        v.                          )          COMPLAINT
                                      )
14   SCRIBNER, et al.,                )          ORDER DENYING APPOINTMENT OF
                                      )          COUNSEL
15        Defendants.                 )
                                      )          (Doc. 11)
16   _____ )

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   November 7, 2006, plaintiff filed a motion for an extension of time to file an amended complaint.  Good

19   cause appearing, plaintiff's motion for an extension of time shall be granted.

20        Plaintiff has also requested the appointment of counsel.    The United States Supreme Court has

21   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.

22   Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct.

23   1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance

24   of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997).

25   Without a reasonable method of securing and compensating counsel, this court will seek volunteer

26   counsel only in the most serious and exceptional cases.  In the present case, the court does not find the

27   required exceptional circumstances.  See Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is

28                                                1

not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with similar cases almost daily.  Therefore, plaintiff's motion for the appointment of counsel shall be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1.    Plaintiff is GRANTED thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of October 5, 2006; and

2.    Plaintiff's motion for the appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:    December 8, 2006**               _____/s/ Lawrence J. O'Neill_____
b6edp0                                     UNITED STATES MAGISTRATE JUDGE

2