UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HOLMES, | CV F 05-825 AWI NEW (DLB) P |
| Plaintiff, | |
| v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JANUARY 30, 2007 (Doc. 13.) |
| SCRIBNER, et. al., | |
| Defendants. | |

Eric Holmes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 5, 2006, the Court dismissed the Complaint with leave to amend within thirty days of the service of the Court's Order. However, Plaintiff did not file an Amended Complaint or otherwise communicate with the Court. Thus, on January 30, 2007, the Court issued Findings and Recommendations to dismiss the Complaint for Plaintiff's failure to comply and because the Complaint failed to state cognizable claims for relief.

On February 28, 2007, Plaintiff filed his First Amended Complaint. Plaintiff did not provide any explanation as to why he failed to comply nor did he object to the Findings and Recommendations or ask for permission to amend his Complaint. Nonetheless, the Court will VACATE the Findings and Recommendations and proceed with Plaintiff's case. However,

1  Plaintiff is forewarned that he must keep the Court informed of his current address at all times
2  and respond to Court orders in a timely fashion or inform the Court why he was unable to
3  respond.
4      The Court HEREBY ORDERS:
5      1.    The Findings and Recommendations issued January 30, 2007, are VACATED.
6      The Court will proceed with a screening of the Amended Complaint in due course.
7
8      IT IS SO ORDERED.
9      **Dated:**   **March 21, 2007**             **/s/ Dennis L. Beck**
  3b142a                                              UNITED STATES MAGISTRATE JUDGE