IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HOLMES,<br><br>    Plaintiff,<br><br>  vs.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-00825-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF JANUARY 16, 2009<br>(Doc. 21.)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br>(Doc. 22.)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AS MOOT<br>(Doc. 24.)<br><br>THIRTY DAY DEADLINE TO FILE SECOND AMENDED COMPLAINT |

    Eric Holmes ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On January 16, 2009, Magistrate Gary S. Austin submitted findings and recommendations to United States District Judge Lawrence J. O'Neill to dismiss plaintiff's case for failure to state a claim upon which relief may be granted, based on plaintiff's failure to timely file a Second Amended Complaint. (Doc. 21.)  Plaintiff was given an opportunity to file objections to the findings and recommendations within thirty days.  On January 23, 2009, plaintiff filed a motion for an extension of time to file the Second Amended Complaint.  (Doc. 22.)  On February 20,

1

2009, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations. (Doc. 24.) Plaintiff explains that he was transferred to another prison on December 9, 2008, which caused delays in receiving his mail from the court.[1] Also, plaintiff is legally blind and requires additional time and assistance to prepare documents in response to the court's orders.

Good cause appearing, the findings and recommendations of January 16, 2009 shall be vacated, and plaintiff shall be granted an extension of time to file a Second Amended Complaint, pursuant to the court's order of November 26, 2008. Moreover, because plaintiff's motion for extension of time to file objections to the findings and recommendations is now moot, the motion shall be denied as such.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations of January 16, 2009, are VACATED;

2. Plaintiff's motion for extension of time to file a Second Amended Complaint is GRANTED;

3. Within thirty days of the date of service of this order, plaintiff SHALL FILE a Second Amended Complaint, pursuant to the court's order of November 26, 2008;

4. Plaintiff's motion for extension of time to file objections to the findings and recommendations is DENIED as moot;

5. The Clerk of Court is DIRECTED to serve plaintiff at his new address at High Desert State Prison; and

6. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **February 26, 2009**              **/s/ Gary S. Austin**

---

[1] Plaintiff failed to notify the court until January 23, 2009 that his address had changed. (Doc. 22.) As a result, the court served the findings and recommendations on plaintiff at his previous address.

2

UNITED STATES MAGISTRATE JUDGE